IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
NOV 0 8 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| NISHA CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION |
| | § | NO. 5:17-CV-01065-XR |
| UNITED STATES LIABILITY INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Nisha Corporation and Defendant United States Liability Insurance Company's Agreed Order of Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant United States Liability Insurance Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

THIS ORDER IS A FINAL, APPEALABLE ORDER. THIS ORDER DISPOSES OF ALL CLAIMS AND ALL PARTIES.

Signed this ____8th____ day of ____November____, 2018

_____
UNITED STATES DISTRICT JUDGE